# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NEW LIVING WORD SCHOOL

VERSUS

THE DEPARTMENT OF EDUCATION,
A DEPARTMENT OF THE
EXECUTIVE BRANCH OF THE
STATE OF LOUISIANA AND JOHN
WHITE, IN HIS OFFICIAL
CAPACITY AS SUPERINTENDENT
OF THE DEPARTMENT OF
EDUCATION

NO.  2025 CW 0717

JULY 24, 2025

---

In Re:   Louisiana Department of Education, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 625188.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT GRANTED.** The portion of the district court's July 3, 2025 order which ordered defendant, the Louisiana Department of Education, to pay the costs by July 30, 2025 is vacated.  La. R.S. 13:5112(B) provides that neither the state nor any department shall be required to pay any such award of court costs until the judgment rendered against the state or department shall become final and definitive under the provisions of Articles 2166 and 2167 of the Code of Civil Procedure or otherwise nonappealable or nonreviewable beyond the delays set by law for same and the funds have been appropriated therefor in a specific dollar amount. Defendant herein, a state agency, filed a motion for suspensive appeal, and accordingly, the judgment rendered herein against defendant has not become final and definitive.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT